✎GAM 35  
(Rev. 2/06)

**Report and Order Terminating Probation**  
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**KIMDRA WILKERSON**

Crim. No.   5:22-CR-00040-009 (MTT)

Kimdra Wilkerson has substantially complied with the rules and regulations of supervised release and has met the criteria for early termination as outlined in the *Guide to Judiciary Policy*; Volume 8, Part E (Post-Conviction Supervision), Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. Accordingly, it is recommended her probation be terminated early.

Respectfully submitted,

*Jessica A. Geister*

Jessica A. Geister  
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report and after careful consideration of the Government's opposition, it is ordered that the probationer be discharged from supervision as of December 12, 2025, and that thereafter the proceedings in the case be terminated.

Dated this   10th   day of   November  , 2025.

S/ Marc T. Treadwell

MARC T. TREADWELL  
U.S. DISTRICT JUDGE